UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
OSGOOD, KEITH R § Case No. 08-03358 ABG
HARRINGTON, TONI J §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 06/25/2010 in Courtroom B,
      Park City Branch Court
      301 Greenleaf Avenue
      Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
                  Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
OSGOOD, KEITH R § Case No. 08-03358 ABG
HARRINGTON, TONI J §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 829.72 |
| *and approved disbursements of* | $ | 1.67 |
| *leaving a balance on hand of*[1] | $ | 828.05 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*
_____      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee:* JOSEPH E. COHEN | $ 207.44 | $ 18.40 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

*Reason/Applicant*  *Fees*  *Expenses*

*Other:*_____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*  *Fees*  *Expenses*

*Attorney for debtor:*_____ $_____ $_____

*Attorney for:*_____ $_____ $_____

*Accountant for:*_____ $_____ $_____

*Appraiser for:*_____ $_____ $_____

*Other:*_____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 130,783.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *LVNV Funding LLC as assignee of Citibank* | $ 14,271.72 | $ 65.72 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | LVNV Funding LLC as assignee of Citibank | $ 8,810.94 | $ 40.57 |
| 000003 | Discover Bank/DFS Services LLC | $ 8,722.70 | $ 40.17 |
| 000004 | Bankcard Services | $ 32,950.92 | $ 151.74 |
| 000005 | CHASE BANK USA | $ 16,469.00 | $ 75.84 |
| 000006 | CHASE BANK USA | $ 9,465.37 | $ 43.59 |
| 000007 | PYOD LLC as assignee of Citibank | $ 25,758.36 | $ 118.61 |
| 000008 | FIA CARD SERVICES, N.A./BANK OF AMERICA | $ 14,334.69 | $ 66.01 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen                  Page 1 of 1                  Date Rcvd: Jun 03, 2010
Case: 08-03358                Form ID: pdf006               Total Noticed: 29

The following entities were noticed by first class mail on Jun 05, 2010.
db          +Keith R Osgood,    39405 Geneva Lane,    Beach Park, IL 60099-3338
jdb         +Toni J Harrington,    39405 Geneva Lane,    Beach Park, IL 60099-3338
aty         +Edwin L Feld,    Edwin L Feld & Associates, LLC,    29 South LaSalle Street Suite 328,
              Chicago, IL 60603-1553
tr          +Joseph E Cohen, Tr.,    Cohen & Krol,    105 West Madison Suite 1100,   Chicago, IL 60602-4600
12248348    +AT&T Universal Card,    POB 6912,    The Lakes, NV 88901-6912
11950669    +Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11950670    +Bankcard Services,    PO Box 1111,    Madison, WI 53701-1111
12476948    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
14349598     CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11950674   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     PO Box 2993,    Milwaukee, WI 53201)
11950671    +Central Mortgage Company,    801 John Barrow, Suite 1,    Little Rock, AR 72205-6511
11950672    +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
11950673    +Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
11950675    +Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
11950677    +Interval International,    PO Box 432170,    Miami, FL 33243-2170
11950678    +Midwest Phys Anes Services,    4703 Paysphere Circle,    Chicago, IL 60674-0047
11950679    +Monterey Financial,    PO Box 2809,    Carlsbad, CA 92018-2809
11950680    +Physicians Accounting,    225 S Executive Dr,    Brookfield, WI 53005-4257
11950681    +Southport Marina,    21-56th St,    Kenosha, WI 53140-3798
12248349    +Spottwood, P MD,    WI Society of Anes,    6308 Eighth Ave,   Kenosha, WI 53143-5031
11950682    +Stand Up MRI,    457 Lake Cook Rd,    Deerfield, IL 60015-5202
11950684    +UNVL/Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
11950683    +United Hospital System,    6308 8th Ave,    Kenosha, WI 53143-5082
11950685    +Weisz, R MD,    1425 N Hunt Club Rd, Suite 201,    Gurnee, IL 60031-2635
The following entities were noticed by electronic transmission on Jun 03, 2010.
11950676     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 04 2010 02:19:50     Discover,   PO Box 30395,
              Salt Lake City, UT 84130
12454387     E-mail/PDF: mrdiscen@discoverfinancial.com Jun 04 2010 02:19:50
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
12698531    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 04 2010 02:18:46
              FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12437035     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12498751     E-mail/Text: resurgentbknotifications@resurgent.com
              PYOD LLC its successors and assigns as assignee of,     Citibank,   Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2010**          **Signature:** _Joseph Speetjens_