UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
OSGOOD, KEITH R § Case No. 08-03358
HARRINGTON, TONI J §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on     . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN_____
                                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANKCARD SERVICES | | | | | |
| CHASE BANK USA | | | | | |
| CHASE BANK USA | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| FIA CARD SERVICES, N.A./BANK OF AME | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:  08-03358    ABG   Judge: A. BENJAMIN GOLDGAR         Trustee Name:              JOSEPH E. COHEN
Case Name:  OSGOOD, KEITH R                                    Date Filed (f) or Converted (c):  02/14/08 (f)
            HARRINGTON, TONI J                                 341(a) Meeting Date:       03/17/08
For Period Ending:  09/22/10                                   Claims Bar Date:           10/15/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 230,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. TIME SHARE | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 400.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. PAINTINGS | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. BOW AND ARROW, GUN | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. TAX REFUND | 6,000.00 | 1,000.00 | | 829.00 | 171.00 |
| 8. VEHICLE | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. BOAT | 7,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.78 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $258,700.00 | $3,500.00 | | $829.78 | $2,671.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING POSSIBLE INCOME TAX REFUND.  TRUSTEE PREPARING FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/30/09     Current Projected Date of Final Report (TFR): 02/28/10

LFORM1                                                                                                  Ver: 15.20
**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-03358 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | OSGOOD, KEITH R | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRINGTON, TONI J | | Account Number / CD #: | *******7073  BofA - Money Market Account |
| Taxpayer ID No: | *******2980 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/08 | 7 | Tony Harrington | Tax refund | 1124-000 | 829.00 | | 829.00 |
| | | | Income tax refund | | | | |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.05 | | 829.05 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.10 | | 829.15 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.11 | | 829.26 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.08 | | 829.34 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.06 | | 829.40 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 829.45 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 829.46 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 829.47 |
| 02/28/09 | 000301 | International Sureties, Ltd. | Bond premium | 2300-000 | | 0.68 | 828.79 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 828.80 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.82 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.84 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.86 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.88 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.90 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.92 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.94 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.96 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.98 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 829.00 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 829.02 |
| 03/26/10 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 0.99 | 828.03 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.05 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.07 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 828.09 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-03358 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | OSGOOD, KEITH R | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRINGTON, TONI J | | Account Number / CD #: | *******7073 BofA - Money Market Account |
| Taxpayer ID No: | *******2980 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 828.11 |
| 06/30/10 | | Transfer to Acct #*******1367 | Final Posting Transfer | 9999-000 | | 828.11 | 0.00 |

| Account *******7073 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 829.00 | 2 | Checks | 1.67 |
| | 24 | Interest Postings | 0.78 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 828.11 |
| | | Subtotal | $ 829.78 | | | |
| | | | | | Total | $ 829.78 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 829.78 | | | |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) (Page: 8)

Ver: 15.20

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03358 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | OSGOOD, KEITH R | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRINGTON, TONI J | | Account Number / CD #: | *******1367  BofA - Checking Account |
| Taxpayer ID No: | *******2980 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/30/10 | | Transfer from Acct #*******7073 | Transfer In From MMA Account | 9999-000 | 828.11 | | 828.11 |
| 07/01/10 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 207.45 | 620.66 |
| 07/01/10 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Expenses | 2200-000 | | 18.40 | 602.26 |
| 07/01/10 | 003003 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000001, Payment 0.46049% | 7100-000 | | 65.72 | 536.54 |
| 07/01/10 | 003004 | LVNV Funding LLC as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 0.46045% | 7100-000 | | 40.57 | 495.97 |
| 07/01/10 | 003005 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 0.46052% | 7100-000 | | 40.17 | 455.80 |
| 07/01/10 | 003006 | Bankcard Services<br>PO Box 1111<br>Madison, WI 53701 | Claim 000004, Payment 0.46050% | 7100-000 | | 151.74 | 304.06 |
| 07/01/10 | 003007 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000005, Payment 0.46050% | 7100-000 | | 75.84 | 228.22 |
| 07/01/10 | 003008 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400 | Claim 000006, Payment 0.46052% | 7100-000 | | 43.59 | 184.63 |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03358 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | OSGOOD, KEITH R | | Bank Name: | BANK OF AMERICA, N.A. |
| | HARRINGTON, TONI J | | Account Number / CD #: | *******1367  BofA - Checking Account |
| Taxpayer ID No: | *******2980 | | | |
| For Period Ending: | 09/22/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/01/10 | 003009 | SEATTLE, WA 98121 PYOD LLC as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000007, Payment 0.46051% | 7100-000 | | 118.62 | 66.01 |
| 07/01/10 | 003010 | FIA CARD SERVICES, N.A./BANK OF AMERICA by American InfoSource L.P. as its agent 4515 N Santa Fe Ave Oklahoma City, OK  73118 | Claim 000008, Payment 0.46049% | 7100-000 | | 66.01 | 0.00 |

| Account *******1367 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 10 | Checks | 828.11 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 828.11 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 828.11 | | | |
| | Total | $ 828.11 | | | |

LFORM2T4   UST Form 101-7-TDR (9/1/2009) (Page: 10)

Ver: 15.20

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-03358 -ABG |
| Case Name: | OSGOOD, KEITH R |
| | HARRINGTON, TONI J |
| Taxpayer ID No: | *******2980 |
| For Period Ending: | 09/22/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1367 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 1 | Deposits | 829.00 | 12 | Checks | 829.78 |
| 24 | Interest Postings | 0.78 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 828.11 |
| | Subtotal | $ 829.78 | | | |
| | | | | Total | $ 1,657.89 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 828.11 | | | |
| | Total | $ 1,657.89 | | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.20